BL9116192

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

IN RE: JOHN JOSEPH PIQUETTE :  Chapter:  13
CHRISTINE ANN PIQUETTE :
:
:
:  CASE NO:  5:12-02789-JJT
:

**NOTICE OF ADDRESS CHANGE**

    eCast Settlement Corporation hereby changes its address for its claim number 18, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

        3936 E FT. LOWELL, SUITE 200
        TUCSON, AZ  85712

New Address for Notices and Payments:

        eCast Settlement Corporation
        PO Box 28136
        New York, NY 10087-8136
        610-228-2570
        proofofclaim@becket-lee.com

        Respectfully Submitted,

        By: /s/ Gregory P Deegan

        Gregory P Deegan, Claims Administrator
        Becket & Lee LLP
        PO Box 3001
        Malvern, PA 19355-0701

        DATE:  7/14/2016