IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 5:12-02789 JJT |
| CHRISTINE ANN PIQUETTE | : | |
| A/K/A CHRISTINE HURLEY A/K/A | : | Chapter No. 13 |
| CHRISTINE A. HURLEY A/K/A CHRISTINE | : | |
| ANN HURLEY A/K/A CHRISTINE A. | : | |
| PIQUETTE A/K/A CHRISTINE PIQUETTE | | |
| JOHN JOSEPH PIQUETTE | | |
| A/K/A JOHN J. PIQUETTE A/K/A JOHN J. | | |
| PIQUETTE, SR A/K/A JOHN NULL PIQUETTE | | |
| A/K/A JOHN PIQUETTE | | |

Debtors
NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **BAYVIEW LOAN SERVICING, LLC** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at LOT 11 ARBOR WOODS, STROUDSBURG, PA 18360 with the mortgage recorded on July 30, 2003 Book 2161, Page 7556, Instrument Number 200336729 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtors or the property on which Creditor holds a first mortgage lien.

February 22, 2017

/s/ Mario J. Hanyon, Esquire

Mario J. Hanyon, Esq., Id. No.203993  
Phelan Hallinan Diamond & Jones, LLP  
126 Locust Street  
Harrisburg, PA 17101  
Phone Number: 215-563-7000 Ext 31340  
Fax Number: 215-568-7616  
Email: mario.hanyon@phelanhallinan.com