Re:

| | |
|---|---|
| JOHN JOSEPH PIQUETTE | Case No.: 5-12-02789-JJT |
| CHRISTINE ANN PIQUETTE | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

**PART 1:** **MORTGAGE INFORMATION**

Creditor Name: BAYVIEW LOAN SERVICING
Court Claim Number: 17
Last Four of Loan Number: 1703
Property Address if applicable: 308 AUTUMN LANE, STROUDSBURG, PA 18360

**PART 2:** **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $30,735.64 |
| b. | Prepetition arrearages paid by the Trustee: | $30,735.64 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $ |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $ |
| e. | Allowed postpetition arrearage: | $ |
| f. | Postpetition arrearages paid by the Trustee: | $ |
| g. | Total b, d, f: | $30,735.64 |

**PART 3:** **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**To the extent that the Debtor is not delinquent as of the date of this Notice, the Creditor should file a Response indicating same.**

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 25, 2017                              Respectfully submitted,

                                                s/ Charles J. DeHart, III, Trustee
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                eMail:  dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    JOHN JOSEPH PIQUETTE                   Case No.: 5-12-02789-JJT
    CHRISTINE ANN PIQUETTE             Chapter 13
           Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on April 25, 2017.

JOHN JOSEPH PIQUETTE
CHRISTINE ANN PIQUETTE
308 AUTUMN LANE
STROUDSBURG, PA  18360


BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FL
CORAL GABLES, FL,  33146


VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG PA,  18360-0511


Date: April 25, 2017

s/ Charles J. DeHart, III, Trustee
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com