17-0742

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John Joseph Piquette, aka John J. Piquette, aka John J. Piquette, Sr., aka John Null Piquette<br>Christine Ann Piquette, aka Christine A. Piquette, aka Christine Piquette, aka Christine Ann Hurley, aka Christine Hurley, aka Christine A. Hurley<br><br>　　　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 12-02789 JJT |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

　　Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-22CB) in the above captioned matter.

　　　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　By: **/s/ Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090