| Transaction Date | AMOUNT RECEIVED | Post Due Date | POST-PET AMOUNT DUE | Post-Pet / Debtor Suspense | Post-Pet Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | | |
| 06/22/2012 | $1,631.78 | **06/01/12** | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 07/10/2012 | $1,631.78 | **07/01/12** | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 08/03/2012 | $1,631.78 | **08/01/12** | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 09/04/2012 | $1,631.78 | **09/01/12** | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 10/11/2012 | $1,631.79 | **10/01/12** | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 11/09/2012 | $1,631.79 | **11/01/12** | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 12/07/2012 | $2,240.06 | | | $2,240.06 | $2,240.06 | |
| 01/04/2013 | $2,240.42 | **12/01/12** | $2,240.42 | $0.00 | $2,240.06 | |
| 02/01/2013 | $2,240.46 | **01/01/13** | $2,240.42 | $0.04 | $2,240.10 | |
| 03/01/2013 | $2,240.42 | **02/01/13** | $2,240.42 | $0.00 | $2,240.10 | |
| 04/11/2013 | $2,240.42 | **03/01/13** | $2,240.42 | $0.00 | $2,240.10 | |
| 05/20/2013 | $2,240.42 | **04/01/13** | $2,240.42 | $0.00 | $2,240.10 | |