| Transaction Date | AMOUNT RECEIVED | Post Due Date | POST-PET AMOUNT DUE | Post-Pet / Debtor Suspense | Post-Pet Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | | |
| 06/22/2012 | $1,631.78 | 06/01/12 | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 07/10/2012 | $1,631.78 | 07/01/12 | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 08/03/2012 | $1,631.78 | 08/01/12 | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 09/04/2012 | $1,631.78 | 09/01/12 | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 10/11/2012 | $1,631.79 | 10/01/12 | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 11/09/2012 | $1,631.79 | 11/01/12 | $2,613.06 | $0.00 | $0.00 | escrow payment was short //however prior accepted payment and advance due date |
| 12/07/2012 | $2,240.06 | | | $2,240.06 | $2,240.06 | |
| 01/04/2013 | $2,240.42 | 12/01/12 | $2,240.42 | $0.00 | $2,240.06 | |
| 02/01/2013 | $2,240.46 | 01/01/13 | $2,240.42 | $0.04 | $2,240.10 | |
| 03/01/2013 | $2,240.42 | 02/01/13 | $2,240.42 | $0.00 | $2,240.10 | |
| 04/11/2013 | $2,240.42 | 03/01/13 | $2,240.42 | $0.00 | $2,240.10 | |
| 05/20/2013 | $2,240.42 | 04/01/13 | $2,240.42 | $0.00 | $2,240.10 | |
| 06/21/2013 | $2,240.42 | 05/01/13 | $2,240.42 | $0.00 | $2,240.10 | |
| 07/31/2013 | $2,240.42 | 06/01/13 | $2,240.42 | $0.00 | $2,240.10 | |
| 09/04/2013 | $2,240.42 | 07/01/13 | $2,240.42 | $0.00 | $2,240.10 | |
| 10/11/2013 | $2,240.42 | 08/01/13 | $2,240.42 | $0.00 | $2,240.10 | |
| 11/26/2013 | $2,240.10 | 09/01/13 | $2,240.42 | -$0.32 | $2,239.78 | |
| 01/02/2014 | $2,240.10 | 10/01/13 | $2,240.42 | -$0.32 | $2,239.46 | |
| 02/14/2014 | $2,240.10 | 11/01/13 | $2,240.42 | -$0.32 | $2,239.14 | |
| 03/28/2014 | $981.27 | 12/01/13 | $2,240.10 | -$1,258.83 | $980.31 | |
| 03/31/2014 | $2,240.10 | 01/01/14 | $2,240.10 | $0.00 | $980.31 | |
| 05/20/2014 | $2,240.10 | 02/01/14 | $2,240.10 | $0.00 | $980.31 | |
| 07/09/14 | $2,240.10 | 03/01/14 | $2,240.10 | $0.00 | $980.31 | |
| 07/21/14 | $2,240.10 | 04/01/14 | $2,240.10 | $0.00 | $980.31 | |
| 09/02/14 | $2,240.10 | 05/01/14 | $2,240.10 | $0.00 | $980.31 | |
| 09/29/14 | $2,240.10 | 06/01/14 | $2,240.10 | $0.00 | $980.31 | |
| 12/01/14 | $2,240.10 | 07/01/14 | $2,240.10 | $0.00 | $980.31 | |
| 01/06/15 | $2,240.10 | 08/01/14 | $2,240.10 | $0.00 | $980.31 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/17/15 | $2,240.10 | **09/01/14** | $2,240.10 | $0.00 | $980.31 | |
| 03/30/15 | $2,240.10 | **10/01/14** | $2,240.10 | $0.00 | $980.31 | |
| 05/26/15 | $2,240.10 | **11/01/14** | $2,240.10 | $0.00 | $980.31 | |
| 07/14/15 | $2,240.10 | **12/01/14** | $2,240.10 | $0.00 | $980.31 | |
| 08/31/15 | $2,240.10 | **01/01/15** | $2,240.10 | $0.00 | $980.31 | |
| 10/23/15 | $2,240.10 | **02/01/15** | $2,240.10 | $0.00 | $980.31 | |
| 12/07/15 | $2,240.10 | **03/01/15** | $2,240.10 | $0.00 | $980.31 | |
| 01/30/2016 | $2,240.10 | **04/01/15** | $2,240.10 | $0.00 | $980.31 | |
| 02/29/2016 | $2,240.10 | **05/01/15** | $2,240.10 | $0.00 | $980.31 | |
| 05/02/2016 | $2,240.10 | **06/01/15** | $2,239.19 | $0.91 | $981.22 | |
| 06/03/2016 | $2,240.10 | **07/01/15** | $2,239.19 | $0.91 | $982.13 | |
| 07/05/2016 | $2,240.10 | **08/01/15** | $2,239.19 | $0.91 | $983.04 | |
| 07/28/2016 | $2,240.10 | **09/01/15** | $2,239.19 | $0.91 | $983.95 | |
| 09/06/2016 | $2,240.10 | **10/01/15** | $2,239.19 | $0.91 | $984.86 | |
| 10/03/2016 | $2,240.10 | **11/01/15** | $2,239.19 | $0.91 | $985.77 | |
| 11/01/2016 | $2,240.10 | **12/01/15** | $2,239.19 | $0.91 | $986.68 | |
| 12/05/2016 | $2,240.10 | **01/01/16** | $2,239.19 | $0.91 | $987.59 | |
| 12/05/16 | $ 2,240.10 | **02/01/16** | $2,239.19 | $0.91 | $988.50 | |
| 01/04/17 | $ 2,240.10 | **03/01/16** | $2,239.19 | $0.91 | $989.41 | |
| 02/02/17 | $ 2,240.10 | **04/01/16** | $2,239.19 | $0.91 | $990.32 | |
| 02/28/17 | $ 2,240.10 | **05/01/16** | $2,239.19 | $0.91 | $991.23 | |
| 04/03/17 | $ 2,240.10 | **06/01/16** | $2,236.79 | $3.31 | $994.54 | |
| 05/01/17 | $ 1,862.67 | **07/01/16** | $2,236.79 | -$374.12 | $620.42 | |
| | | | | $3,420.17 | $4,040.59 | amount in suspense |
| | | **08/01/16** | $2,236.79 | -$2,236.79 | $1,803.80 | |