```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 12-02789-JJT
John Joseph Piquette                                                Chapter 13
Christine Ann Piquette
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: DDunbar              Page 1 of 1              Date Rcvd: Jun 27, 2017
                                Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
db/jdb         +John Joseph Piquette,   Christine Ann Piquette,   308 Autumn Lane,   Stroudsburg, PA 18360-8043
4931035        +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   c/o,   McCabe, Weisberg & Conway, P.C.,
                 Suite 1400,   123 South Broad Street,   Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor John Joseph Piquette jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman    on behalf of Joint Debtor Christine Ann Piquette jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              Jill Manuel-Coughlin    on behalf of Creditor    The Bank of New York Mellon Et Al..
               jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    THE BANK OF NEW YORK MELLON, ETAL jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    The Bank of New York Mellon, et al...
               jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph Angelo Dessoye    on behalf of Creditor    Bayview Loan Servicing, LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    The Bank of New York Mellon Et Al..
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Bayview Loan Servicing, LLC pamb@fedphe.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas Song    on behalf of Creditor    Bayview Loan Servicing, LLC thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon Et Al..
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Joint Debtor Christine Ann Piquette
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor John Joseph Piquette
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                               TOTAL: 17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

**JOHN JOSEPH PIQUETTE,**
aka John J. Piquette,
aka John J. Piquette, Sr.,
aka John Null Piquette, and

**CHRISTINE ANN PIQUETTE,**
aka Christine A. Piquette,
aka Christine Piquette,
aka Christine Hurley,
aka Christine A. Hurley,
aka Christine Ann Hurley,

} Debtor(s)

**JOHN JOSEPH PIQUETTE and
CHRISTINE ANN PIQUETTE,** } Movant(s)

vs.

**THE BANK OF NEW YORK
MELLON, as Trustee for CWALT
2004-22CB,** } Respondent(s)

Chapter: 13
Case Number: 5-12-bk-02789-JJT
Document No.: 95
Nature of Proceeding: Motion to Determine Final Cure & Payment

## ORDER SETTING HEARING

**IT IS ORDERED** that a hearing will be held on the above-referenced matter and upon any answers/objections thereto on:

DATE: JULY 11, 2017
TIME: 10:30 a.m.

PLACE: Courtroom No. 2
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, Pennsylvania

**IT IS FURTHER ORDERED** that Movants are directed to serve a copy of this Order on the above Respondent and all other parties in interest within seven (7) days of the date of this Order. Proof of service shall be filed within ten (10) days of the date of this Order.

By the Court,

_John J. Thomas_
John J. Thomas, Bankruptcy Judge
(CMS)

Date: June 27, 2017