# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

John Joseph Piquette aka John J. Piquette aka John :    **CHAPTER** ___13___
J. Piquette, Sr. aka John Null Piquette and
Christine Ann Piquette aka Christine A. Piquette :    **CASE NO.** _5_-_12_-bk-_02789_
aka Christine Piquette
aka Christine Ann Hurley aka Christine Hurley aka :

           **Debtor(s)** :

John Joseph Piquette aka John J. Piquette aka John :    **ADVERSARY NO.** __-__ ap-_____
J. Piquette, Sr. aka John Null Piquette and      **(if applicable)**
Christine Ann Piquette aka Christine A. Piquette :
aka Christine Piquette
aka Christine Ann Hurley aka Christine Hurley aka :

       **Plaintiff(s)/Movant(s)** :

           **vs.** :    **Nature of Proceeding:** Debtors' Motion
THE BANK OF NEW YORK MELLON, FKA :
THE BANK OF NEW YORK, AS TRUSTEE :    to Determine Final Cure
(CWALT 2004-22CB) :
                               :
                               :
    **Defendant(s)/Respondent(s)** :    **Document #:** _95_

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

      This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

      The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

      Reason for the continuance.

      The parties are reviewing their respective records in an attempt to determine whether or not funds intended to be applied to the Debtors' post-petition account were or were not applied to the account.

      Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _____July 7, 2017_____      /s/ Harry B. Reese _____

                                        Attorney for Respondent Bank of New York Mello

                                        Name: Harry B. Reese, Esquire _____

                                        Phone Number: 215-942-2090 _____

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.