UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: **JOHN JOSEPH PIQUETTE,** aka John J. Piquette, aka John J. Piquette, Sr., aka John Null Piquette, and **CHRISTINE ANN PIQUETTE,** aka Christine A. Piquette, aka Christine Piquette, aka Christine Hurley, aka Christine A. Hurley, aka Christine Ann Hurley, **Debtors** | : Chapter 13<br>: Case No. 5:12-bk-02789<br>:<br>:<br>:<br>:<br>: |
| **JOHN JOSEPH PIQUETTE** and **CHRISTINE ANN PIQUETTE,** Movants, v. **THE BANK OF NEW YORK MELLON,** as Trustee for CWALT 2004-22CB, Respondent, | :<br>:<br>: Motion to<br>: Determine Final Cure<br>:<br>:<br>: |

## PRAECIPE TO WITHDRAW
## MOTION TO DETERMINE FINAL CURE & PAYMENT WITH CONCURRENCE

TO THE CLERK:

Please kindly withdraw the **Motion to Determine Final Cure & Payment** that I filed on behalf of Debtors **JOHN JOSEPH PIQUETTE** and **CHRISTINE ANN PIQUETTE**. Jill Manuel-Coughlin, Esquire, Counsel for **THE BANK OF NEW YORK MELLON** consented to, concurred in, and requested this withdrawal in writing, via e-mail on August 4, 2017.

                                      NEWMAN, WILLIAMS, MISHKIN,
                                      CORVELEYN, WOLFE & FARERI, P.C.

                    By: /s/ J. Zac Christman_____
                          J. Zac Christman, Esquire
                          Attorneys for Debtors
                          PO Box 511, 712 Monroe Street
                          Stroudsburg, PA 18360
                          (570) 421-9090; fax (570) 424-9739
                          jchristman@newmanwilliams.com